964

No. 11–7553. YELLOWEAGLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7988. HAYNES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8372. HATCH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8377. BECOATS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–8410. DIBS v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8618. HENNESS v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8888. DARRIAN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–8889. CLARK v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8891. EL-BEY ET VIR v. CITY OF RALEIGH POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8892. MORROW v. HUMPHREY, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 11–8900. WILKINSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–8903. DICKERSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–8908. CAMPBELL v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–8914. PEROTTI v. MEDLIN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.